

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-21-00529-CR

Manuel M. **AYALA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR9405
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE WATKINS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 6, 2023.

_____
Patricia O. Alvarez, Justice